### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:24CR103 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| **ANTELMO OBESO-VALENZUELA,** | ) | |
| | ) | |
| Defendant | ) | |

      This matter is before the court on the defendant's unopposed Motion to Continue Trial [28]. The matter was set for telephonic hearing on January 21, 2025, with AUSA Joseph Meyer appearing for the government and Assistant FPD Michael Hansen appearing for the defendant. The parties discussed case progression, including potential resolution and entry of plea. Additional time was requested due to a scheduling conflict with the Eighth Circuit Court of Appeals and the current trial date and unavailability of certified interpreter for purposes of completing necessary documents for entry of plea. Counsel needs additional time to resolve the matter short of trial. For good cause shown,

      **IT IS ORDERED** that the Unopposed Motion to Continue Trial [28] is granted as follows:

1. The jury trial, now set for February 11, 2025, is continued to **April 15, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 15, 2025,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without a hearing before the undersigned magistrate judge and absent a showing of exceptional good cause.**

**DATED: January 21, 2025.**

**BY THE COURT:**

**s/ Ryan C. Carson**
**United States Magistrate Judge**