IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ANTELMO OBESO-VALENZUELA,<br><br>　　　　　　Defendant. | 8:24-CR-103<br><br>**ORDER TO STRIKE** |

This matter is before the Court on the Government's Motion to Strike. Filing 65. The Government seeks to strike its Motion for Preliminary Order of Forfeiture, Filing 42, and the Preliminary Order of Forfeiture granting that Motion, Filing 46. The Government asks the Court to strike both filings because the documents relate to a plea agreement that has since been rejected. *See* Filing 55 (Text Minute Entry). The Government advises that it intends to file a new Motion for Preliminary Order of Forfeiture in light of the defendant's new change of plea hearing, which the Court held on September 11, 2025. *See* Filing 59 (Text Minute Entry). The Court grants the Government's Motion to Strike. Accordingly,

　　IT IS ORDERED that:

　　1. The Government's Motion to Strike, Filing 65, is granted;

　　2. The Government's Motion for Preliminary Order of Forfeiture, Filing 42, is stricken; and

　　3. The Preliminary Order of Forfeiture, Filing 46, is stricken.


　　Dated this 25th day of September, 2025.

1

BY THE COURT:

_____
Brian C. Buescher
United States District Judge