IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANTELMO OBESO-VALENZUELA,<br><br>　　　　　Defendant. | 8:24-CR-103<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

　　　　This matter is before the Court on the Government's Motion for Preliminary Order of Forfeiture. Filing 67. The Court has reviewed the record in this case and, being duly advised in the premises, finds as follows:

　　　　1. On September 11, 2025, the Court held a change of plea hearing for the defendant and the defendant entered a plea of guilty to Count I of the Indictment. Filing 59 (Text Minute Entry). In his signed Petition to Enter a Plea of Guilty, specifically Question No. 17, the defendant indicated that he would be forfeiting property to the Government as a result of his plea. Filing 64 at 6. The defendant admitted to the Forfeiture Allegation during his change of plea hearing, and the magistrate judge accepted the defendant's admission to the Forfeiture Allegation. Filing 68 at 21. The Court subsequently accepted the defendant's plea of guilty. Filing 69.

　　　　2. Count I of the Indictment charged the defendant with violation of 21 U.S.C. § 846.

　　　　3. The Forfeiture Allegation of the Indictment sought forfeiture of $14,406 in United States currency seized from 2215 W Street, Omaha, Nebraska, on or about February 20, 2024, and $1,054 in United States currency seized from the defendant during a traffic stop on or about February 20,

1

2024, as "property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. Filing 1 at 2.

4. By virtue of his guilty plea to Count I of the Indictment, the defendant has forfeited his interest in the United States currency. Accordingly, the Government should be entitled to possession of said United States currency pursuant to 21 U.S.C. § 853.

5. The Government's Motion for Preliminary Order of Forfeiture should be granted.

IT IS ORDERED:

1. The Government's Motion for Preliminary Order of Forfeiture, Filing 67, is granted.

2. Based upon the Forfeiture Allegation of the Indictment and the plea of guilty, the Government is hereby authorized to seize the $14,406.00 and $1,054.00 both in United States currency.

3. The defendant's interest in the United States currency is hereby forfeited to the Government for disposition in accordance with the law.

4. The United States currency is to be held by the Government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the Government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the Government's intent to dispose of the subject property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the subject property must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state that the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the United States currency, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the United States currency and any additional facts supporting the Petitioner's claim and the relief sought.

7. The Government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the United States currency as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 6th day of October, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge