IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTELMO OBESO-VALENZUELA,<br><br>Defendant. | 8:24-CR-103<br><br>FINAL ORDER OF FORFEITURE |

This matter is before the Court on the Government's Motion for Final Order of Forfeiture. Filing 72. Having reviewed the record in this case, the Court finds as follows:

1. On May 9, 2025, the Court entered a Preliminary Order of Forfeiture forfeiting the defendant's interest in $14,406.00 and $1,054.00 both in United States currency. Filing 46. The Court later granted the Government's motion to strike the Preliminary Order of Forfeiture after the defendant's plea agreement was rejected. Filing 55 (Text Minute Entry); Filing 66 (Order to Strike).

2. On October 6, 2025, the Court entered a new Preliminary Order of Forfeiture forfeiting the defendant's interest in $14,406.00 and $1,054.00 both in United States currency. Filing 70.

3. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on June 25, 2025, as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C). A Declaration of Publication was filed herein on October 14, 2025. Filing 71.

1

4. The Government advises the Court that no party has filed a petition in this matter regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

5. The Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The Government's Motion for Final Order of Forfeiture, [Filing 72](#), is granted;

2. All right, title, and interest in and to the $14,406.00 and $1,054.00 both in United States currency seized from the defendant on or about February 20, 2024, held by any person or entity are forever barred and foreclosed;

3. The $14,406.00 and $1,054.00 both in United States currency are forfeited to the Government; and

4. The Government is directed to dispose of that currency in accordance with the law.

Dated this 17th day of October, 2025.

BY THE COURT:

Brian C. Buescher
United States District Judge