AO245B (Rev 09/19) Judgment in a Criminal Case                                    Judgment Page 2 of 8

DEFENDANT: ANTELMO OBESO-VALENZUELA
CASE NUMBER: 8:24CR103-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **two hundred fifty (250) months.**

☒ The Court makes the following recommendations to the Bureau of Prisons:

1. That the defendant be allowed to participate in the Residential Drug Treatment Program or any similar drug treatment program available.

2. That the defendant be incarcerated at FCI Sandstone, Minnesota.

3. Defendant should be given credit for time served.

4. That the defendant be allowed to participate in vocational and educational training while incarcerated.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:

Defendant was delivered on _Tuesday 5/26/26_ to _FCI Sandstone_
at _Sandstone, Mn_____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

BY: _R of P Cc Terre Hawkins_
DEPUTY UNITED STATES MARSHAL